Wanda L. Ellert
**PROSKAUER ROSE LLP**
One Newark Center
Newark, NJ 07102
Tel: (973) 274-3285
Fax: (973) 274-3299
wellert@proskauer.com

Richard M. Goldstein *
Lawrence I. Weinstein *
Baldassare Vinti *
Andrew S. Wellin *
**PROSKAUER ROSE LLP**
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
* *Pro Hac Vice* Application Pending

*Attorneys for Defendant*
*Church & Dwight Co., Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
MELISSA FOGARTY, On Behalf of Herself and All Others Similarly Situated,

      Plaintiff,

 -against-

CHURCH & DWIGHT, INC.; THE PROCTOR & GAMBLE COMPANY, INC.; REVLON, INC.; THE DIAL CORPORATION; and HENKEL CORPORATION,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civ. Action No. 3:14-CV-07086 (FLW) (DEA)

**Motion Date:** March 16, 2015

*Document Electronically Filed*

**Oral Argument Requested**

### DEFENDANT CHURCH & DWIGHT'S NOTICE OF MOTION
### TO DISMISS THE COMPLAINT PURSUANT TO
### FEDERAL RULES OF CIVIL PROCEDURE 12(b)(1) and 12(b)(6)

**PLEASE TAKE NOTICE** that, on March 16, 2015 at 9:00 a.m., or at such other date and time as the Court shall designate, the undersigned, attorneys for Defendant Church & Dwight Co., Inc. ("Church & Dwight") (incorrectly sued as "Church & Dwight, Inc."), will, and hereby do, respectfully move the Honorable Freda L. Wolfson, U.S.D.J., presiding at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, 08608, for an Order, pursuant to Rule 12(b)(6) and Rule 12(b)(1) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Complaint in its entirety with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendant Church & Dwight will rely upon the memorandum of law filed in connection with its motion, the Declaration of Wanda L. Ellert, all other pleadings on file in this action and any oral argument permitted by the Court.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event there is opposition to this Motion.

Dated: February 20, 2015

>Respectfully submitted,
>
>/s/ Wanda L. Ellert
>Wanda L. Ellert
>**PROSKAUER ROSE LLP**
>One Newark Center
>Newark, NJ 07102
>Tel: (973) 274-3285
>Fax: (973) 274-3299
>wellert@proskauer.com

*-and-*

Richard M. Goldstein *
Lawrence I. Weinstein *
Baldassare Vinti *
Andrew S. Wellin *
**PROSKAUER ROSE LLP**
11 Times Square
New York, NY 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
* *Pro Hac Vice* Application Pending

*Attorneys for Defendant*
*Church & Dwight Co., Inc.*