Wanda L. Ellert
**PROSKAUER ROSE LLP**
One Newark Center
Newark, NJ 07102
Tel: (973) 274-3285
Fax: (973) 274-3299
wellert@proskauer.com

*Attorneys for Defendant*
*Church & Dwight Co., Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>MELISSA FOGARTY, On Behalf of Herself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br> -against-<br><br>CHURCH & DWIGHT, INC.; THE PROCTOR & GAMBLE COMPANY, INC.; REVLON, INC.; THE DIAL CORPORATION; and HENKEL CORPORATION,<br><br>        Defendants.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | Civ. Action No. 3:14-CV-07086 (FLW) (DEA)<br><br>**DECLARATION OF WANDA L. ELLERT IN SUPPORT OF CHURCH & DWIGHT CO., INC.'S MOTION TO DISMISS THE COMPLAINT** |

I, Wanda L. Ellert, declare as follows:

1. I am Senior Counsel at the law firm Proskauer Rose LLP, counsel for Defendant Church & Dwight Co., Inc. ("Church & Dwight") (incorrectly sued as "Church & Dwight, Inc."). I am admitted in the District of New Jersey.

2. I submit this Declaration in support of Defendant Church & Dwight's Motion To Dismiss Plaintiff's Class Action Complaint. The purpose of this Declaration is to place before the Court documents cited in Church & Dwight's accompanying Memorandum of Law and Plaintiff's Complaint.

3. Attached as Exhibit 1 is a true and correct copy of the front and back labels of Church & Dwight's Arm & Hammer® Essentials™ Unscented Deodorant.

4. Attached as Exhibit 2 is a true and correct copy of the front and back labels of Church & Dwight's Arm & Hammer UltraMax™ Unscented Antiperspirant Deodorant

5. Attached as Exhibit 3 is a true and correct copy of the Drugstore.com webpage for Church & Dwight, Co., Inc.'s Arm & Hammer Essentials Unscented Deodorant with the ingredients listed.

I declare under penalty of perjury that the following is true and correct.

February 20, 2015.

/s/ Wanda L. Ellert

Wanda L. Ellert
**PROSKAUER ROSE LLP**
One Newark Center
Newark, NJ 07102
Tel: (973) 274-3285
Fax: (973) 274-3299
wellert@proskauer.com

*Attorneys for Defendant*
*Church & Dwight Co., Inc.*

# EXHIBIT 1



# EXHIBIT 2




# EXHIBIT 3

Skip to main content   welcome: sign in|account| help your list™ | auto-reorder & save  1 item $3.69

# drugstore.com



search keyword

pharmacy photo contact lenses

- **household, food & pets »**

- **medicine & health »**

- **personal care »**

- **beauty »**

- **baby & mom »**

- **vitamins »**

- **diet & fitness »**

- **sexual well-being »**

- FSA store »

- GNC store »

- green & natural »

- the sale »

home > personal care > antiperspirants & deodorants



view larger image

see more from Arm & Hammer

# Arm & Hammer Essentials Deodorant with Natural Deodorizers, Unscented 2.5 oz (71 g)

Like 16  +1 1

(38)
read reviews | write a review
our price: $3.69
in stock
selected scent: Unscented
Unscented
Fresh
special offers
Mix and Match: Buy 2 Arm & Hammer oral care & deodorant items, save $1 quantity: 1



Save to your list™ »

product details | ingredients | reviews | directions

Dipropylene Glycol, Water, Propylene Glycol, Sodium Stearate, Sodium Bicarbonate (Baking Soda) (Baking Soda), Chamomilla (Anthemis Nobilis) Oil, Coriandrum Sativum (Coriander) Seed Oil, Pelargonium Graveolens (Geranium) Flower Oil, Citrus Aurantium Amara (Orange) Oil, Triethyl

Citrate, Triclosan, Tetrasodium EDTA, Allantoin (Comfrey Root)

Sponsored Links

100% **Natural** Wellbeing
www.**natural**wellbeing.com/
High Quality, All-**Natural** Vitamins. Free Shipping on Orders Over $50!

**Natural Deodorant** Spray
www.sourcevital.com/**natural**-**deodorant**
Holistic and **Natural Deodorant**. Organic Personal Care Products.

All **Natural Deodorant**
www.youngagain.com/
**Natural Deodorant** Only $3.95 2.5oz No Aluminum or Preservatives

Stop Buying **Deodorant**
www.deodorworks.com/
No Chemicals. All **Natural**. Safe, Easy & Completely Reusable.

### related products



Arm & Hammer Essentials Deodorant with Natural Deodorizers,
Natural Protection Aluminum Free Paraben Free Contains Arm & Hammer® ...
quick view »



Arm & Hammer Essentials Natural Deodorant, Fresh
With Natural Deodorizers The Standard of Purity™ Contains Arm & ...
quick view »



Earth Science Natural Deodorant, Liken Plant
Keep that fresh feeling. All day. Naturally. Liken Plant Non ...
quick view »

Related Links
arm_hammer_essentials_natural_deodorant, arm_hammer_essential_s_deodorant_fresh, arrid_xx_antiperspirant_deodorant_solid_regular, arm_hammer_essentials
natural_deodorant_fresh, toms_of_maine_mens_long_lasting, original_ban_invisible_solid_antiperspirant_deodorant

### this item qualifies for


everyday FREE shipping with $35 order »


5% back with drugstore.com dollars™ »

free 2-day shipping
sign in »
you're $31.31 away from
**Free Standard Shipping »**

ADVERTISEMENT



**People who viewed this item also viewed**

Arm & Hammer Essentials - Deodorant with Natural Deodorizers


(91)
$3.69

Arm & Hammer Essentials - Natural Deodorant, Fresh


(5)
$3.69

Arm & Hammer Ultra max - Antiperspirant & Deodorant Invisible Solid


(47)
$3.49

Crystal - Body Deodorant Stick


(259)
$6.99
$5.99

save 14% ($1.00)



ADVERTISEMENT



email exclusives

Sign up to receive special offers

enter your email address





company info

our sites

employment

giving

going green

affiliate program

California Transparency Act

accessibility info

services

product requests

your list

destination health

gift center

video library

expert picks

shop by brand

support

order status

store directory

return policy

help

shipping information

contact us

drugstore.com dollars

APO/FPO/DPO shipping

Terms of Use | Privacy Policy
Copyright © 1999-2015 drugstore.com, inc. All rights reserved.
411 108th Ave NE, Suite 1600, Bellevue, WA 98004

XML/RSS