IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MELISSA FOGARTY, on Behalf of Herself and All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHURCH & DWIGHT, INC.; THE PROCTOR & GAMBLE COMPANY, INC.; REVLON, INC.; THE DIAL CORPORATION; and HENKEL CORPORATION<br><br>　　　　　Defendants. | **ECF Case – Document Electronically Filed**<br><br>Case No.: 3:14-cv-07086-FLW-DEA<br><br>**AMENDED APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**<br>**[Local Civil Rule 6.1(b)]** |

　　　　APPLICATION IS HEREBY MADE, pursuant to Local Civil Rule 6.1(b), for a Clerk's Order extending the time within which Defendant The Procter & Gamble Company ("P&G") may answer, move, or otherwise reply to the Amended Complaint filed by Plaintiff herein up to and including April 13, 2015, and it is represented that:

1. An extension to answer, move, or otherwise reply to the Amended Complaint up to and including April 9 was previously obtained; however, this extension did not include the additional 3 days allowed given Plaintiff's electronic service and pursuant to Fed. R. Civ. P. 5;

2. Service of Process of the Amended Complaint was effected on March 12, 2015; and

3. P&G's time to answer, move, or otherwise reply to the Amended Complaint expires on April 9, 2015.

1

P&G therefore respectfully requests that its time to answer, move or otherwise reply to the Amended Complaint be extended up to and including April 13, 2015.[1]

Dated: March 26, 2015

/s/ Eric F. Gladbach
Eric F. Gladbach
**Reed Smith LLP**
136 Main Street, Suite 250
Princeton Forrestal Village
Princeton, NJ 08540
Telephone: (609) 987-0050
Facsimile: (609) 951-0824
Email:   egladbach@reedsmith.com

John P. Hooper *(admitted pro hac vice)*
**Reed Smith LLP**
599 Lexington Avenue, 22nd Floor
New York, NY 10022-7650
Telephone: (212) 521 5400
Facsimile: (212) 521 5450
Email:   jhooper@reedsmith.com

*Counsel for The Procter & Gamble Company*

### ORDER

The above application is ORDERED GRANTED extended to_____.

Dated:_____

WILLIAM T. WALSH, Clerk

By:   _____

Deputy Clerk

---

[1] Three days after April 9, 2014 – April 12, 2015 – is a Sunday.

2

Eric F. Gladbach
**Reed Smith LLP**
136 Main Street, Suite 250
Princeton Forrestal Village
Princeton, NJ 08540
Telephone: (609) 987-0050
Facsimile: (609) 951-0824
Email:  egladbach@reedsmith.com

*Attorneys for Defendant The Procter & Gamble Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MELISSA FOGARTY, on Behalf of Herself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>CHURCH & DWIGHT, INC.; THE PROCTOR & GAMBLE COMPANY, INC.; REVLON, INC.; THE DIAL CORPORATION; and HENKEL CORPORATION<br><br>    Defendants. | Case No.: 3:14-cv-07086-FLW-DEA<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that on this date, I caused to be filed, via electronic filing, the following document with the United States District Court for the District of New Jersey:

1

1.  Amended Application for Extension of Time to Answer, Move, or Otherwise Reply [Local Civil Rule 6.1(b)].

I hereby certify that on this date, I caused copies of the foregoing document

to be service via CM/ECF on:

Mark L. Rhoades
RHOADES LLC
One Liberty Place, 36th Floor
1650 Market Street
Philadelphia, PA  19103
rhoades@rhoadesllc.com

*Attorneys for Plaintiff*

Wanda L. Ellert
PROSKAUER ROSE LLP
One Newark Center
Newark, NJ  07102-5211
wellert@proskauer.com

Richard M. Goldstein *(admitted pro hac vice)*
Lawrence I. Weinstein *(admitted pro hac vice)*
Baldassare Vinti *(admitted pro hac vice)*
Andrew S. Wellin *(admitted pro hac vice)*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036-8299
rgoldstein@proskauer.com
lweinstein@proskauer.com
bvinti@proskauer.com
awellin@proskauer.com

*Attorneys for Church & Dwight, Inc.*

Brian M. English
William H. Trousdale
TOMPKINS, MCGUIRE, WACHENFELD &
BARRY, LLP

2

Four Gateway Center
100 Mulberry Street
Newark, NJ  07102-4070
benglish@tompkinsmcguire.com
wtrousdale@tompkinsmcguire.com

Gregg F. LoCascio *(admitted pro hac vice)*
Jonathan D. Brightbill *(admitted pro hac vice)*
Jonathan Jones *(admitted pro hac vice)*
Zachary A. Avallone *(admitted pro hac vice)*
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
gregg.locascio@kirkland.com
jonathan.brightbill@kirkland.com
jonathan.jones@kirkland.com
zachary.avallone@kirkland.com

*Attorneys for The Dial Corporation and Henkel Corporation*

Norman C. Simon
Harold P. Weinberger *(pro hac vice pending)*
Eileen M. Patt *(pro hac vice pending)*
KRAMER LEVIN NAFTALIS & FRANKEL LLP
1177 Avenue of the Americas
New York, New York 10036
Email: nsimon@krarnerlevin.com

*Attorneys for Revlon, Inc.*

   I further hereby certify that I have provided courtesy copies of the foregoing

document by first class postage pre-paid U.S. Mail to the Honorable Freda L.

3

Wolfson pursuant to Local Civil Rule 5.2 and Electronic Case Filing Policies and Procedures.

Dated: March 26, 2015

/s/ Eric F. Gladbach
Eric F. Gladbach
**Reed Smith LLP**
136 Main Street, Suite 250
Princeton Forrestal Village
Princeton, NJ 08540
Telephone: (609) 987-0050
Facsimile: (609) 951-0824
Email:   egladbach@reedsmith.com