**RHOADES LLC**
Mark L. Rhoades
One Liberty Place, 36th Floor
1650 Market Street
Philadelphia, PA  19103
Telephone:  215-496-9002
Email:  rhoades@rhoadesllc.com

**Counsel for Plaintiff and the Class**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **MELISSA FOGARTY,** On Behalf of Herself and All Others Similarly Situated, | : : : : | No. 3:14-CV-07086-FLW-DEA |
| Plaintiff, | : : | |
| v. | : : | |
| **CHURCH & DWIGHT, INC.;** **THE PROCTOR & GAMBLE COMPANY, INC.;** **REVLON, INC.; THE DIAL CORPORATION;** **and KAO USA** | : : : : : | **JURY TRIAL DEMANDED** |
| Defendants | : | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) OF DEFENDANT, HENKEL CORPORATION

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Melissa Fogarty, through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Henkel Corporation.

/s/ Mark L. Rhoades
Mark L. Rhoades, Esquire
New Jersey Attorney I.D. No. 024801997
**RHOADES LLC**
One Liberty Place, 36th Floor
1650 Market Street
Philadelphia, PA  19103
215-496-9002 telephone
rhoades@rhoadesllc.com

**Counsel for Plaintiff, Melissa A. Fogarty and the Class**

Dated:  April 9, 2015

# CERTIFICATE OF SERVICE

    I, Mark L. Rhoades, hereby certify that all counsel of record are being served with a copy of the attached Notice of Voluntary Dismissal, Without Prejudice, Pursuant to F.R.C.P. 41(a)(1)(A)(i) of Defendant, Henkel Corporation, via the CM/ECF system on April 9, 2015.

                                          /s/ Mark L. Rhoades
                                            Mark L. Rhoades, Esquire
                                            New Jersey Attorney I.D. No. 024801997
                                            **RHOADES LLC**
                                            One Liberty Place, 36th Floor
                                            1650 Market Street
                                            Philadelphia, PA 19103
                                            215-496-9002 telephone
                                            rhoades@rhoadesllc.com

                                            **Counsel for Plaintiff, Melissa A. Fogarty and the Class**

Dated: April 9, 2015