**RHOADES LLC**
Mark L. Rhoades
One Liberty Place, 36th Floor
1650 Market Street
Philadelphia, PA  19103
Telephone:  215-496-9002
Email:  rhoades@rhoadesllc.com

**Counsel for Plaintiff and the Class**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **MELISSA FOGARTY,**<br>On Behalf of Herself and All<br>Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**CHURCH & DWIGHT, INC.;**<br>**THE PROCTOR & GAMBLE COMPANY, INC.;**<br>**REVLON, INC.; THE DIAL CORPORATION;**<br>**and KAO USA**<br><br>Defendants | : | **No. 3:14-CV-07086-FLW-DEA**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**<u>PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) OF ALL DEFENDANTS</u>**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Melissa Fogarty, through her undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

/s/ Mark L. Rhoades
Mark L. Rhoades, Esquire
New Jersey Attorney I.D. No. 024801997
**RHOADES LLC**
One Liberty Place, 36th Floor
1650 Market Street
Philadelphia, PA 19103
215-496-9002 telephone
rhoades@rhoadesllc.com

**Counsel for Plaintiff, Melissa A. Fogarty and the Class**

Dated: May 15, 2015

## CERTIFICATE OF SERVICE

      I, Mark L. Rhoades, hereby certify that all counsel of record are being served with a copy of the attached Notice of Voluntary Dismissal, Without Prejudice, Pursuant to F.R.C.P. 41(a)(1)(A)(i) of All Defendants via the CM/ECF system on May 15, 2015.

      /s/ Mark L. Rhoades
Mark L. Rhoades, Esquire
New Jersey Attorney I.D. No. 024801997
**RHOADES LLC**
One Liberty Place, 36th Floor
1650 Market Street
Philadelphia, PA 19103
215-496-9002 telephone
rhoades@rhoadesllc.com

**Counsel for Plaintiff, Melissa A. Fogarty and the Class**

Dated: May 15, 2015